UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60189-CIV-SEITZ/O'SULLIVAN

DR. MASSOOD N. JALLALI,

    Plaintiff,

v.

ARNE DUNCAN, in his official capacity
as Secretary of the United States Department
of Education, and UNITED STATES
DEPARTMENT OF EDUCATION,

    Defendants.
_____/

## NOTICE OF MEDIATION

Please be advised that this case has been scheduled for mediation to be held before Herbert Stettin on:

| | |
|---|---|
| Date and Time: | Friday, September 10, 2010 at 10:00 a.m. |
| Place: | United States Attorney's Office<br>99 N.E. 4th Street, 3rd Floor<br>Miami, Florida 33132 |

Dated: August 24, 2010
Miami, Florida

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

           By:    s/Aloyma M. Sanchez
                  Aloyma M. Sanchez (0717509)
                  Assistant U.S. Attorney
                  Aloyma.Sanchez@usdoj.gov
                  Federal Justice Building
                  99 N.E. 4th St., Suite 300
                  Miami, Florida 33132
                  Tel: (305) 961-9204
                  Fax: (305) 530-7139
                  Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent *via* Federal Express this 24th day of August, 2010 to:

Dr. Massood N. Jallali
2337 South University Drive
Davie, Florida 33324

                                      s/Aloyma M. Sanchez
                                      Aloyma M. Sanchez
                                      Assistant United States Attorney

cc:     Herbert Stettin, *via* facsimile (305) 663-3375-9668