UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-60189-CIV-SEITZ/O'SULLIVAN

DR. MASSOOD JALLALI,
    Plaintiff,

v.

ARNE DUNCAN, et al.,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on an informal discovery conference held before the undersigned on December 1, 2010. Having heard argument in this matter, it is

ORDERED AND ADJUDGED that for the reasons stated on the record, the government's request to quash the subpoena of the Secretary of Education, Arne Duncan, is **GRANTED**. If the plaintiff feels he needs information from the Department of Education, the plaintiff shall attempt to obtain this information using alternative means of discovery from lower level employees of the Department of Education. Should the alternative methods of discovery prove inadequate and the plaintiff is able to demonstrate that the Secretary of Education has unique knowledge regarding this matter, the plaintiff may seek leave of court to take the deposition of the Secretary of Education. See In re United States, No. 10-14535, 2010 WL 4238003, at *10 (11th Cir. Oct. 28, 2010) (holding that the district court abused its discretion in ordering that the EPA administrator appear at a hearing where the agency had reasonably designated a lower level employee).

DONE AND ORDERED, in Chambers, at Miami, Florida this **1st** day of December, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record

Copy mailed by Chambers to:
Massood Jallali
2337 South University Drive
Davie, FL 33324